JS-6

STEPHANIE CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
        Social Security Administration
        160 Spear St., Suite 800
        San Francisco, CA  94105
        Telephone: (510) 970-4819
        Facsimile: (415) 744-0134
        E-mail: geralyn.gulseth@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PALMER,<br><br>          Plaintiff,<br><br>               v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | No. 2: 22-CV-00831 ADS<br><br>**JUDGMENT OF REMAND** |

-1-

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.


DATED:   08/10/2022          _____/s/ Autumn D. Spaeth_____
                             THE HONORABLE AUTUMN D. SPAETH
                             UNITED STATES MAGISTRATE JUDGE